UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60513-CIV-SMITH

MARCEL CLERMONT, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

CENTRUM MEDICAL HOLDINGS, LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

This cause is before the Court upon the parties' Stipulation of Dismissal [DE 16]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of July, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record